UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-62345-CIV-MORENO/Snow

FLORIDA GUN SHOWS, INC., a
Florida corporation formerly known as
SHOOT STRAIGHT GUN SHOWS, INC.,

       Plaintiff/Counter-Defendant,

v.

CITY OF FORT LAUDERDALE,
a Florida municipality,

       Defendant/Counter-Plaintiff.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion for Preliminary Injunction (ECF No. 6) and Plaintiff's Motion for Expedited Discovery and Expedited Evidentiary Hearing, filed on October 16, 2018. (ECF No. 12)

The Court has reviewed the Motion for Preliminary Injunction and has determined that an evidentiary hearing will assist the Court in preparing a report and recommendation as to this Motion. Accordingly, the parties are directed to appear for an evidentiary hearing on Plaintiff's Motion for Preliminary Injunction at 1:30 p.m. on Wednesday, December 12, 2018, before Magistrate Judge Lurana S. Snow, 299 E. Broward Blvd., Courtroom 203D, Fort Lauderdale, FL 33301. All exhibits must be pre-marked and an Exhibit and Witness List on Form AO 187 shall be filed into the record prior to hearing or furnished to the Court on the date of the hearing.

Further, the Court has reviewed the parties' Rule 26(f) Report filed on December 5, 2018 (ECF No. 29), and it appears that Plaintiff's request for expedited discovery has been rendered moot. In addition, in light of the Court's decision to hold an evidentiary hearing on the Motion for

Preliminary Injunction, Plaintiff's request for an expedited hearing is moot. Thus, it is

ORDERED and ADJUDGED that Plaintiff's Motion for Expedited Discovery and Expedited Evidentiary Hearing (ECF No. 12) is DENIED, as moot.

DONE and ORDERED at Fort Lauderdale, Florida this 6th day of December, 2018

*/s/ Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record