**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:18-CV-62345-FAM – Magistrate Judge Lurana S. Snow

FLORIDA GUN SHOWS, INC.,
A Florida corporation, f/k/a SHOOT
STRAIGHT GUN SHOWS, INC.

    Plaintiff,

v.

CITY OF FORT LAUDERDALE,
A Florida Municipality,

    Defendant.
_____/

## JOINT STATUS REPORT

Though their respective undersigned counsel, Plaintiff FLORIDA GUN SHOWS, INC. and Defendant CITY OF FORT LAUDERDALE, hereby submit their joint status report required by the Court's December 12, 2018 Order (ECF 38).

The Parties voluntarily conducted the following discovery in advance of the evidentiary hearing. Both Plaintiff and Defendant submitted and responded to interrogatories and requests for production. Additionally, both Parties took or defended the deposition of their corporate representatives, all limited to the issues raised by the Plaintiff's Motion for Preliminary Injunction.

Plaintiff expects to file its first amended complaint on or before the January 15, 2019 deadline.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a copy of the foregoing was served via email to Woodbury, Santiago & Correoso, P.A., Michael P. Woodbury, Esq., mwoodbury@woodbury-

Florida Gun Shows, Inc. v. City of Ft. Lauderdale
Case No.: 0:18-CV-62345-FAM

santiago.com, and Robert P. Santiago, Esq., Robert.santiago@woodbury-santiago.com, and to Weiss, Serota, Helfman, Cole & Bierman, P.L., Jamie A. Cole, Esq., jcole@wsh-law.com, msarraff@wsh-law.com, Matthew H. Mandel, Esq. mmandel@wsh-law.com, lbrewley@wshlaw.com and Adam M. Hapner, Esq., ahapner@wsh-law.com, mboschini@wshlaw.com this 4th day of January, 2019.

**WOODBURY, SANTIAGO & CORREOSO, P.A.**
Counsel for Plaintiff
9100 S. Dadeland Blvd., Suite 1702
Miami, FL 33156
Telephone (305) 670-9580
Facsimile (305) 670-2170

By:   /s/ Michael P. Woodbury
       Michael P. Woodbury (FBN 983690)
       Robert P. Santiago (FBN 62650)

**WEISS SEROTA HELFMAN**
**COLE & BIERMAN, P.L.**
Counsel for Defendant
200 East Broward Boulevard, Suite 1900
Fort Lauderdale, FL 33301
Telephone (954) 763-4242
Facsimile (954) 764-7770

By:   /s/ Matthew H. Mandel
       JAMIE A. COLE
       Florida Bar No. 767575
       jcole@wsh-law.com (primary)
       msarraff@wsh-law.com (secondary)
       MATTHEW H. MANDEL
       Florida Bar No. 147303
       mmandel@wsh-law.com (primary)
       lbrewley@wsh-law.com (secondary)
       ADAM M. HAPNER
       Florida Bar No. 112006
       ahapner@wsh-law.com (primary)
       mboschini@wsh-law.com (secondary)