UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62345-CIV-MORENO/SNOW

FLORIDA GUN SHOWS, INC., a Florida
corporation formerly known as
SHOOT STRAIGHT GUN SHOWS, INC.,

    Plaintiff/Counter-Defendant,

v.

CITY OF FORT LAUDERDALE, a Florida
municipality,

    Defendant/Counter-Plaintiff.
_____/

## JOINT STIPULATION OF DISMISSAL

The Parties, by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and (c), hereby file this Joint Stipulation of Dismissal. Plaintiff and Defendant hereby voluntarily dismiss with prejudice all pending claims and counterclaims, with each party to bear their own fees and costs.

Respectfully submitted,

| | |
|---|---|
| WOODBURY, SANTIAGO & CORREOSO, P.A.<br>9100 S. Dadeland Blvd., Suite 1702<br>Miami, FL 33156<br>Telephone: 305-670-9580<br><br>By: /s/ Michael P. Woodbury<br>    MICHAEL P. WOODBURY<br>    Florida Bar No.: 983690<br>    ROBERT P. SANTIAGO<br>    Florida Bar No.: 62650<br><br><br><br><br><br>*Counsel for Plaintiff* | WEISS SEROTA HELFMAN<br>COLE & BIERMAN, P.L.<br>200 East Broward Blvd., Suite 1900<br>Fort Lauderdale, Florida 33301<br>(954) 763-4242<br><br>By: */s/ Jamie A. Cole*<br>    JAMIE A. COLE<br>    Florida Bar No. 767573<br>    MATTHEW H. MANDEL<br>    Florida Bar No. 147303<br>    ADAM M. HAPNER<br>    Florida Bar No. 112006<br>    ERIC S. KAY<br>    Florida Bar No. 1011803<br><br>*Counsel for Defendant/Counter-Plaintiff*<br>*City of Fort Lauderdale* |